# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LINOY LAGZIEL KANINO,<br><br>    Petitioner,<br><br>    v.<br><br>SHIMON SHALOM KANINO, et al.,<br><br>    Respondents. | No. 2:24-mc-00046-JLS-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Application to authorize discovery for use in a foreign proceeding, the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. The Application (ECF 13) is **granted in part** insofar as it relates to subpoenas to be served on the entity Respondents listed below, and service of

the proposed subpoenas is authorized—limited to the five-year period ending on the day that this Order Accepting is issued:

    (a) American Express Company (ECF 13-2);

    (b) East West Bank (ECF 13-3);

    (c) U.S. Bancorp (ECF 13-4);

    (d) Wells Fargo Bank, N.A. (ECF 13-5);

    (e) JP Morgan Chase Bank, N.A. (ECF 13-6);

    (f) TD Ameritrade, Inc. (ECF 13-7); and

    (g) Perfecto Builders, Inc. (ECF 13-10);

3. The proposed subpoenas (ECF 13-2 to 13-7, and 13-10) are to be served subject to the following:

    (a) Authorization to serve the subpoenas is without prejudice to Respondent Shimon Kanino or any other person impacted by the subpoenas to contest them as permitted by the Federal Rules of Civil Procedure;

    (b) The return date on the subpoenas must be no less than 31 days from date of service;

    (c) Anyone contesting a subpoena must do so within 30 days of service, which deadline may be extended by agreement of the parties. A pleading contesting a subpoena will serve to stay any obligation to respond. Any dispute related to a subpoena will be referred to the assigned Magistrate Judge;

    (d) Petitioner must serve a copy of the Report and Recommendation and this Order along with the subpoenas;

    (e) Within 60 days of the date of issuance of this Order, Petitioner must file a status report advising the Court on the status of the discovery process.

4. The Application (ECF 13) is **denied** with respect to the subpoena addressed to Respondent Shimon Kanino (ECF 13-1).

5. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: August 25, 2024

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

3